# United States Bankruptcy Court

Re: Carissa Lyn Patenaude

Social Security: 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

Case Number: 10-10169

U.S.BANKRUPTCY.COURT
DIST.OF.VERMONT.FILED
8JUN'10AM9:42

     This is a motion to request my case to be reopened. I also ask that the filing fee be waived and would ask for an extension on the deadline to file the form 23. As I finished the second course of financial management in April and was not aware of the form 23 that also needed to be submitted with the certificate of completion of the course. The day after I finished the course of financial management online I mailed this certificate to the trustee Douglas Wolinsky and never heard back from anyone so I thought my paperwork was complete. Then I checked my updated docket report a couple weeks later and saw that form 23 needed to be completed and mailed that in with my certificate of completion from the course to the bankruptcy court in Rutland. This however did not go through I received this document back in the mail saying this cannot be forwarded so I assumed that I mailed it to the wrong place so I mailed this to the trustee Douglas Wolinsky. This was confusing to me in that I wasn't sure where the documents were supposed to be mailed and the course was completed in a timely manner so I ask please for my fee to be waived and for my case to be reopened. Thank you for your time and consideration in this matter.

Sincerely,

*Carissa Patenaude*
Carissa L Patenaude